SM

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION



RECEIVED

APR 06 2022

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Matthew Crawford )
_____ , )
)
**Plaintiff(s),** )
)
vs. )
SomethingAwful.com )
_____ , )
)
)
**Defendant(s).** )

Case No.

1:22-cv-01808
Judge Marvin E. Aspen
Magistrate Judge Sheila M. Finnegan
RANDOM

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a* pro se *plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1.  This is a claim for violation of plaintiff's civil rights as protected by the Constitution and

    laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2.  The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3.  Plaintiff's full name is Matthew Crawford .

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

4.  Defendant, _____, is
                        (name, badge number if known)

    ☐ an officer or official employed by _____ ;
                                            (department or agency of government)

    _____ or

    ☒ an individual not employed by a governmental entity.

***If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.***

5.  The municipality, township or county under whose authority defendant officer or official

    acted is _Jackson Ville, FL_____. As to plaintiff's federal

    constitutional claims, the municipality, township or county is a defendant only if

    custom or policy allegations are made at paragraph 7 below.

6.  On or about _03/15/22_, at approximately _9:05 am_ ☒ a.m. ☐ p.m.
                  (month,day, year)

    plaintiff was present in the municipality (or unincorporated area) of _____

    _New Lenox_____, in the County of _Will_____,

    State of Illinois, at _794 Wildwood Dr_____,
                            (identify location as precisely as possible)

    when defendant violated plaintiff's civil rights as follows ***(Place X in each box that applies)***:

    ☐   arrested or seized plaintiff without probable cause to believe that plaintiff had
        committed, was committing or was about to commit a crime;
    ☐   searched plaintiff or his property without a warrant and without reasonable cause;
    ☐   used excessive force upon plaintiff;
    ☐   failed to intervene to protect plaintiff from violation of plaintiff's civil rights by
        one or more other defendants;
    ☐   failed to provide plaintiff with needed medical care;
    ☐   conspired together to violate one or more of plaintiff's civil rights;
    ☒   Other:  _Numerous Civil Rights_
        _Violations, Numerous 1st Amendment Violations etc_

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____ .

7.    Defendant officer or official acted pursuant to a custom or policy of defendant

municipality, county or township, which custom or policy is the following: (***Leave blank***

***if no custom or policy is alleged***):_____

_____

_____

_____ .

8.    Plaintiff was charged with one or more crimes, specifically:

_____None_____

_____

_____

_____

_____

9.    (***Place an X in the box that applies. If none applies, you may describe the criminal***
***proceedings under "Other"***)  The criminal proceedings

☐   are still pending.

☐   were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

☐   Plaintiff was found guilty of one or more charges because defendant deprived me of a

fair trial as follows_____

_____ .

☒ Other: __No  Criminal  Proceedings_____ .

_____

[1]Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent
may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the
conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

- No customer service
- Cannot find hidden threads started by a user
    - Posted a thread in customer service subforum and it was deleted
- Actively discriminating against me, in particular
    - Many different users state that they do not like or want me posting
- Difficult to find one's post history
    - Cannot view one's own post history until one pays money
- Difficult to find one's userid
- "Bookmark threads I post/reply in by default" feature does not work
- Default signature is "----------------
  [i]This thread brought to you by a tremendous dickhead![/i]"
- I've been repeatedly suppressed because I wrote the word retard
- SomethingAwful refuses to allow posts containing nudity or any other "questionable" material (whatever that may mean) unless prefix by NWS, with the post content hidden from easily being viewed
- Immediately punished if one posts porn
- Users are told how to post on the rules page
- Inactive accounts may be deactivated
- Many of the rules encourage users to post in the FYAD subforum. The FYAD subforum is notoriously strict

Please reference additional pages for more allegations

12. As a result of defendant's conduct, plaintiff was injured as follows:

_____

_____

_____

_____.

13. Plaintiff asks that the case be tried by a jury.  ☐ Yes   ☒ No

4

- Posts are automatically parsed into small thumbnails when replying
- The rules pages states there are limitations on image sizes
- Posting links to possibly illegal content is prohibited
- Avatars and Signatures are restricted in both total filesize and dimensions.
- On the rules page: "We reserve the right to ban anybody on the forums, especially furries, Scientologists, and Libertarians."
- Many of the moderators and administrators are missing contact information on the contact directory page of the forum rules
- The post reply box on newreply.php is missing many modern features
  - No mouse-over editing
  - No media. Text only.
  - Smilies Page opens on a new window
  - The "don't use certain tags warning" is in the newreply.php page where using a tag is inapplicable.
- Cannot use certain tags when creating a thread
- Users are forced to pick a thread tag
  - Users cannot post without picking a thread tag
- "Automatically parse URLs" thumbnails image URLs
- SomethingAwful does not allow different font sizes, different fonts, anything beyond left justification, and user's post to have different background colors.
- Administrators are allowed larger than user avatars
  - https://fi.somethingawful.com/images/avatars/sebmojo-01.gif
    - 180px x 215px
- An Account cost money
- Search, Private Message functionality, the ability to upload images to posts, "Enables extra uses of the report button to notify moderators of abuse", and ability to view one's post history cost extra
- Users can change other user's custom titles for a price
- Custom titles cannot feature [video], [img], [timg] bbcode or html
- New users are given a "Newbie" avatar that costs money to remove
- Access to archived threads costs money
- Removal of advertisements costs money
- Changing one's username costs money
- Not for profit advertisements are $22 dollars cheaper than commercial advertisements
- Banner Ad image restrictions:
  - 150kB max, exactly 468x60px
    Allowed types: GIF, PNG, JPG
    - Low filesize, only 3 image formats and exact dimensions only.
  - "All images must be safe to view at work -- absolutely no porn allowed"
  - "Ad images are subject to admin review and unsuitable ads will be removed"
- Costs money to upload a smilie
  - Smilie must be work safe
    - Many are not

- Smilies are "subject to admin approval"
- One can sticky a thread in SA-Mart for a price
- Search has major relevance issues
  - Difficult to find images based on keywords
  - No ability to sort results
    - Default sorting is newest post only
  - Search results are text only
- No list of valid operators
- User is expected to type in a query similar to the example queries
  - "intitle:"dog breath" userid:80080 speeb
    "diaper explosion" since:"last monday" before:"2 days ago"
    threadid:3789884 quoting:Paladinus username:"Toxic Jesus" clumpy"
- User has to select which forums and subforums to search

14.    Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such

as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy,

and/or any other claim that may be supported by the allegations of this complaint.


**WHEREFORE,** plaintiff asks for the following relief:

A.    Damages to compensate for all bodily harm, emotional harm, pain and suffering,

loss of income, loss of enjoyment of life, property damage and any other injuries

inflicted by defendant;

B.    ☒ *(Place X in box if you are seeking punitive damages.)* Punitive damages

against the individual defendant; and

C.    Such injunctive, declaratory, or other relief as may be appropriate, including

attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: _____

Plaintiff's name *(print clearly or type)*: Matthew Crawford

Plaintiff's mailing address: 994 Wildwood Dr

City New Lenox     State IL     ZIP 60451

Plaintiff's telephone number: (    ) 708-469-9021

Plaintiff's email address *(if you prefer to be contacted by email)*: _____

MatthewCrawford107@gmail.com

15.    Plaintiff has previously filed a case in this district. ☒ Yes ☐ No

*If yes, please list the cases below.*

Please See Attached Document

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*

5

1:22-cv-01128
1:22-cv-01129
1:22-cv-01131
1:22-cv-01132
1:22-cv-01133
1:22-cv-01134
1:22-cv-01135



Something Awful // Something Awful Forums

| Forums | Photoshop | Goldmine | Flash Tub | WTFDD | Front Page | Everdraed | Video Game | Current Releases | Directory |

Articles > Forum Rules

# Forum Rules

Sunday, Jan 01, 2006 by Jeffrey "of" YOSPOS (@methlord420)



‹ | 1 | 2 | 3 | ›

> Herein lie the rules for the Something Awful Forums. Please visit our support FAQ page if you are experiencing any technical problems, problems with an order, problems with your account, or if you are thinking of contacting us for any other reason at all. Most questions can be answered there if you just READ IT. And now, on to the rules!
>
> Make sure you are familiar with the rules below. Memorize them. Read them daily if you have to. They are guidelines you must follow in order to keep your account privileges. If you break a rule, you will likely be punished. Punishment can be a temporary or permanent loss of privileges. Most users have been around for many years and not had any problems. This is because they know the rules!

## A Message To the Newbies!

We here on the Something Awful Forums are very elitist and strict assholes. We pride ourselves on running one of the most entertaining and troll-free forums on the internet. This is accomplished by charging a $10 fee to filter out folks not serious about adhering to the rules, and banning those who manage to slip through and break them. We are very serious about keeping our forums clean and troll-free, so please consider your account an investment and treat it accordingly. Read the rules, use common sense, and help keep the SA Forums the best message board on the internet!

## General Conduct

**Lurk before posting!** We cannot stress this enough. Each forum pretty much makes it clear from its name and description what is acceptable in there or not. Be sure you have the appropriate forum before posting. If there is no forum dedicated to the topic you wish to discuss, use General Bullshit. Do NOT post porn or any "questionable" material in GBS; if you would be uncomfortable viewing it at work, do not post it there. Keep all disgusting pics in FYAD. Additionally, please check to see if your post is a redux (it has already been posted before by another forum member).

## About This Column

Rules for the Something Awful Forums. Please read and abide by the Something Awful Forum rules!

More

### Suggested Articles

- Tea Party Community (Thanks, Ccs!)
- The Internet is Going to Murder Me!
- Meet Mermaid Shelly!
- Ask an Ex-Fetish Artist!
- GirlPits (NWS!) (Thanks, Astrofig!)

## What's Hot

- NASA's Big Score: The Earthy Worlds
- What It Means to Be an Openly Practicing, Out-and-Proud Wizard in 2015!
- Hitler: Good or Bad?
- Neverwinter Nights 2 Primer
- Beast Forum

## Popular Threads



- They call me the "God of Memes"...
- Facts About The Dark Side (gang...
- The Marvelous Mrs. Maisel: All J...
- The first computer janitor, patron...
- when?
- video game music is actually f***...
- Do you guys still play stuff like ur...
- Winsday incoming?

**Before you post:** Before **posting,** please ask yourself the following question: **"Am I making a post which is either funny, informative, or interesting on any level?"**

If you can answer "yes" to this, then please post. If you cannot, then refrain from posting. If you post anyway, the mods will probably <u>gas your thread</u>, automatically awarding you a 15-minute probation.

**Before you reply:** Before **replying,** please ask yourself the following question: **"Does my reply offer any significant advice or help contribute to the conversation in any fashion?"**

If you can answer "yes" to this, then please reply. If you cannot, then refrain from replying.

## Posting Rules

**Low Content Posts:** Please do not make posts containing no content (ie, "first post," "hello, I'm new here," etc.). These just litter up the forums and with over 100,000 registered users, we need to eliminate these as much as possible. If you do not like a thread, then just vote it a "1" and move on; replies consisting solely of trolling fall into this category. As a general rule, write as if you were speaking in real life to another human being. Do not use any catchphrases, memes, internet slang, or any other crap that makes you look like a 12-year old.

**Worthless Posts:** We do not care if you are drunk or high; please do not inform us of either. Please do not register gimmick accounts and make posts as a gimmick, as they are not funny. Please do not post crap asking us to vote for you on some website, give you referrals for free iPods / flatscreens / spare tires, or any other semi-spam things.

**Forum Fuckery:** Don't fuck up the forums or any user on the forums. If you post a malicious link (any URL with spyware or code designed to annoy people) you will be banned. Do not vote spam a thread with your friends because you don't like the person who posted it; this makes the voting feature useless. Do not make plans to annoy / destroy other forums.

**Stay On Target:** Try to use the appropriate thread tag for your post. This helps people find your thread and makes the forums more user friendly. Do not use the mod-only tags or you will be autobanned by the server.

**Contained Conflict:** Keep all flamewars and other arguments in their appropriate forums (FYAD, YCS, etc).

**Respect the Mods and Writers:** The moderators are here to keep the forums safe, sane, and secure. If they ask you to do something, please do it. Please



**Random Articles**

- Unrestrained Gossip
- David Icke, Underground Hip Hop, and Students of the World
- Room 101 vs. Anshe Chung
- Weekend Web Variety Pack
- Nils & Beauregard's USA Tour: Escape From (Beneath) New York

[ Random! ]



**Search**

[ Search SA ] [ GO ]

Email Jeffrey "of" YOSPOS      Advertise on SA

do not harass or intentionally annoy the mods or insult the front page writers. If you do not like the mods or the moderation, feel free to not post here.

**Harass and Sass:** If somebody is harassing you on the forums then discuss it with them over PM or email before contacting a mod about it. *Flames and insults do not constitute harassment.* Please do not post others' personal information (phone number, addresses, emails, etc.). Try to stay out of other peoples' personal lives as well. **Keep in mind there's a good distinction between the Internet and real life.**

**Account Ability:** Only one person may use a forum account. Account sharing is a bannable offense, so please keep your password secure.

**Crazy Catchall:** Please do not try to cleverly circumvent some rule listed here. These rules are general guidelines and are very flexible.

**FYAD Freedoms:** You cannot post illegal material, harass others by posting their personal information or nude photos, spam thread subject lines to break the forum tables, harass any admins or mods, or start forum invasions in FYAD.

**I Hate Speech:** Offensive terms such as "faggot" or "nigger" may or may not be bannable based on context of the sentence. If they were meant as humor with absolutely no offensive slurs meant, the user may not be banned or probated. This rule is completely, 100% subjective and is based on the mod reading the post at the time. Use at your own peril.



**This Week on Something Awful...**



Something Awful // Something Awful Forums

## SOMETHING AWFUL

| Forums | Photoshop | Goldmine | Flash Tub | WTFDD | Front Page | Everdraed | Video Game | Current Releases | Directory |
|---|---|---|---|---|---|---|---|---|---|

Articles > Forum Rules

# Forum Rules

Sunday, Jan 01, 2006 by Jeffrey "of" YOSPOS (@methlord420)



« First   ‹   1   2   3   ›

### About This Column

Rules for the Something Awful Forums. Please read and abide by the Something Awful Forum rules!

More

**Suggested Articles**

- Tea Party Community (Thanks, Ccs!)
- The Internet is Going to Murder Me!
- Meet Mermaid Shelly!
- Ask an Ex-Fetish Artist!
- GirlPits (NWS!) (Thanks, Astrofig!)

## Account Inactivity

Accounts inactive for longer than a year may be deactivated. You may reactivate your account by contacting techsupport with a copy of your purchase receipt. This rule has been created to combat fraud (folks using hijacked accounts of idiots who used their same SA forum name / password on various third party sites).

## Image / File Rules

**Keep all images work-safe.** If you feel the need to post any pornographic or disgusting images, do it in FYAD. Please do not post any illegal (child porn, bestiality) images or else you will be banned. Do not post naked pictures of yourself. As a general rule, ask yourself "would my mother and boss be comfortable viewing this image?" when posting outside of FYAD.

**Image size and linking.** Keep all images smaller than **800 pixels horizontal and 600 pixels vertical.** Make sure all images are hosted on your own webspace. We do not approve of bandwidth leeching and forcing other people to pay for your images.

**No warez.** No warez, no cracks, no CD codes, no illegal programs that are used to either crack software or perform any malicious activity. Don't post links, ask for links to download, or otherwise discuss illegal copies of copyrighted works, including movies, books, software, etc. 45-second "sampler" mp3 files are acceptable, within context. ROMs are only allowed if they are out-of-print and unavailable for purchase.

**Your sig file and you.** Keep in mind that everybody on the forums has to see your sig file over and over every time you post. Please make your sig file under 30k in size with less than three lines of text. Do not use images larger than 400 pixels wide and 125 pixels high.

## What If I Get Banned?

### What's Hot

- Variety Pack #10: Poor Hollywood Casting; Make Every Movie Horror or Big-Budget Action!
- CAT
- International Male
- Illustrated Email Spam

### Popular Threads



- POLL [POLL] Change my username slig...
- EVENT Winsday incoming?
- NEWBIE Gran Turismo a spectrum of love...
- Facts About The Dark Side (gang...
- The Marvelous Mrs. Maisel: All J...
- ART domino fucking masters
- when?
- No QCS drama thread

If you break a semi-minor rule, you will be put on Posting Probation, where you will not be allowed to post threads for a specified amount of time. If you break the rules again after being put on probation, you will more than likely be banned. If you are banned, then your name will appear in the Leper's Colony followed by the rule you broke. You may re-register your account unless you have been perma-banned, which is rarely done and only for serious cases (such as child pornography). If your email account matches that of your banned account, you can register your account again, but if they do not match then there is nothing we can do. This is to prevent fraud and user impersonation.

### I Don't Agree With a Mod or Admin Decision!

If you would like to inquire about a particular mod or admin action, we welcome any questions in the Questions, Comments, and Suggestions forum. Please be civil, explain your point, and detail your opinion on it. You may question any mod or admin you like as long as you are not rude about it.

### This Place Sounds Like a Ripoff!

If you do not agree with these rules, please do not register an account. **If you are not sure about buying an account, please do not purchase one.** The only people we want to register accounts are those who really want to be here and will respect the rules and other forum members. We reserve the right to ban anybody on the forums, especially furries, Scientologists, and Libertarians.

### This Stuff Annoys the Mods and Admins

Here are some general tips and posting pointers that the mods and admins do not like in general. We are including this list because, having run the forums for 16 years, we've noticed that trends and catchphrases light up the place and catch on like wildfire. Unlike those other forums out there, we despise these things and feel they hinder creativity and humor.

- Beginning a thread with "so," such as "So my parents got me pregnant today."
- Catchphrases in general. Just because somebody else wrote something humorous does not necessarily mean if you do the same thing then you will be humorous.
- Backseat modding. We have more than enough mods and admins here. Please do not act like an armchair admin.
- Internet lingo or slang of any sort. Please do not act as if you are posting through AIM.



**This Week on Something Awful...**



**Random Articles**

- The Internet's Most Wanted List
- My Quest for a Wii
- Sherry Shriner Saves the Universe from Skeletor, Mum-Ra, Etc.
- Working at Gamestop
- Check Me Out!

Random!



**Search**

Search SA          GO

Email Jeffrey "of" YOSPOS          Advertise on SA



Something Awful   //   Something Awful Forums

| Forums | Photoshop | Goldmine | Flash Tub | WTFDD | Front Page | Everdraed | Video Game | Current Releases | Directory |

Articles > Forum Rules

# Forum Rules

Sunday, Jan 01, 2006 by Jeffrey "of" YOSPOS (@methlord420)



« First    ‹    1    2    3    ›

### Mod Contact Directory

If you have a question or concern about your Something Awful Forums experience (tm), please feel free to contact the appropriate mod or admin. As a general rule, mods queue up actions such as probations, thread gassings, and bans, while administrators simply approve or decline these requests. Please discuss your issue with the appropriate mod through email; if that fails, contact an admin. Refrain from posting your disagreement on the forums, as they are usually private discussions which can only be answered by a single mod or admin.

**GBS** - gnarlyhotep, forbidden lesbian, Butt Wizard

**FYAD** - paraone

**Games** - Cowcaster, Kewpuh, Zoolooman, Shalinor

**A Blizzard Subforum** - Incoherence

**Traditional Games** - Ettin

**Let's Play** - Geop, Fedule

**Inspect Your Gadgets** - Star War Sex Parrot,Thermopyle

**Ask / Tell** - Grand Fromage, Slo-Tek

**Science, Academics and Languages** - slap me silly

**Debate & Discussion** - XyloJW, Brown Moses, Xandu, Exclamation Marx, Absurd Alhazred

**Serious Hardware / Software Crap** - Alereon, movax, Star War Sex Parrot

**Sports Argument Stadium\*** - Hand Knit, MourningView

**The Football Funhouse** - Intruder

**The Ray Parlour** - Gigi Galli

**Punchsport Pagoda** - fatherdog, HulkaMatt

**You Look Like Shit** - A.s.P, Shine

**The Goon Doctor** - Invicta{HOG}, M.D.

**Goons with Spoons** - bartolimu, Happy Abobo

**Post Your Favorite (Or Request)** - blunt for century, Matthew Beet

**Automotive Insanity** - IOwnCalculus

**Pet Island** - Khelmar. LITERALLY A BIRD

**The Firing Range** - Lincoln`s Wax

### About This Column

Rules for the Something Awful Forums. Please read and abide by the Something Awful Forum rules!

More

**Suggested Articles**

- Tea Party Community (Thanks, Ccs!)
- The Internet is Going to Murder Me!
- Meet Mermaid Shelly!
- Ask an Ex-Fetish Artist!
- GirlPits (NWS!) (Thanks, Astrofig!)

### What's Hot

- NASA's Big Score: The Earthy Worlds
- The Fart Girls and The Official Female Fart Forum
- International Male
- Let's improve landmarks

### Popular Threads



POLL   [POLL] Change my username slig...

EVENT   Monday is off Fleek (monday is f...

Razor Deadmon

ART   domino fucking masters

Facts About The Dark Side (gang...

EVENT   Winsday incoming?

GAMES   Do you guys still play stuff like ur...

The Goons Are Leaving

**Case: 1:22-cv-01808 Document #: 1 Filed: 04/07/22 Page 15 of 28 PageID #:15**

**The Crackhead Clubhouse** - Beaters, DrAlexanderTobacco

**Goons in Platoons** - Nostalgia4Infinity

**Creative Convention** - SoundMonkey, Humboldt Squid

**Cinema Discusso** - GonSmithe

**The Book Barn** - Hieronymous Alloy

**No Music Discussion** - het

**The TV IV** - OldSenileGuy, Deadpool

**Batman's Shameful Secret** - Deadpool

**ADTRW** - Beef Waifu

**Entertainment, Weakly** - het

**Rapidly Going Deaf** - The Young Homer

**SA-Mart** - Nyc_Tattoo,Star War Sex Parrot

**Coupons and Deals** - Dr. Eldarion

**Questions, Comments and Suggestions** - Ralp

**Moperator** - Pork Lift

## Admin Contact Directory

DocEvil

Danny Manic

Ralp

XyloJW

garbage day

Livestock

Cowcaster

### Forums Tech Support - General Bugs and Issues

If you have a general tech support concern, please check out the SAVB Public Tracker, which lists all known issues and their status. If your problem is not listed, please peruse through the SA Forums Faq.

### Forums Tech Support - Specific Account-Related Issues

If you are experiencing a problem or issue with your account, please consult the SA Forums Faq.

– Jeffrey "of" YOSPOS (@methlord420)



**This Week on Something Awful...**



### Random Articles

- Flashback Retro Gaming: Drug Exterminators (1990)
- 666 is Money
- BiGDOG's DOG BLOG
- Hello Kitty
- Pulling a Mohammed

Random!



### Search

Search SA    GO

Email Jeffrey "of" YOSPOS      Advertise on SA

Purchase: - Account - Platinum Upgrade - New Avatar - Archives - No-Ads - New Username - - Banner Advertisement -
Smile - Stick Thread - Gift Cert. - Donations!

SA Forums - Something Awful - Search the Forums - Configure SALR - User Control Panel - Private Messages - Edit Options - Forum Rules -
SAclopedia - Posting Gloryhole - Leper's Colony - Support - Log Out

## Leper's Colony



The following is a list of banned users and the reason they were banned. Click on the ban type in the "Type" column to view the post the user was banned for.

For God's sake, don't end up on the list! Read the forum rules every four minutes and don't do anything stupid or else you might end up on this list and your friends and family will hate you because of your terrible Internet shame. And we don't want that, now do we?

### Change Display Options

Show by admin: All    ∨ | Type: Any ∨ ∨ | Show by month/year: ∨ ∨   Submit

Displaying jerks 1 to 2 of 2

| Type | Date | Horrible Jerk | Punishment Reason | Requested By | Approved By |
|---|---|---|---|---|---|
| BAN | 03/10/22 02:47pm | the 1st amendment | Evading probation. | graph | sebmojo |
| PROBATION | 03/10/22 01:13am | the 1st amendment | Holding probe. User loses posting privileges for 12 hours. | graph | graph |

3/15/22, 4:09 PM

The Something Awful Forums - Leper's Colony

Displaying Jerks 1 to 2 of 2

SA Forums - Something Awful - Search the Forums - Configure SALR - User Control Panel - Private Messages - Edit Options - Forum Rules -
SAclopedia - Posting Gloryhole - Leper's Colony - Support - Log Out

Powered by: vBulletin Version 2.2.9 (SAWB-v2.2.72)
Copyright ©2000, 2001, Jelsoft Enterprises Limited.
Copyright ©2022, Jeffrey of YOSPOS

3/15/22, 4:09 PM
The Something Awful Forums - Leper's Colony

Purchase: · Account · Platinum Upgrade · New Avatar · Archives · No-Ads · New Username · · Banner Advertisement ·
Smilie · Stick Thread · Gift Cert. · Donations!

SA Forums · Something Awful · Search the Forums · Configure SALR · User Control Panel · Private Messages · Edit Options · Forum Rules ·
SAclopedia · Posting Gloryhole · Leper's Colony · Support · Log Out

## Leper's Colony



The following is a list of banned users and the reason they were banned. Click on the ban type in the "Type" column to view the post the user was banned for.

For God's sake, don't end up on the list! Read the forum rules every four minutes and don't do anything stupid or else you might end up on this list and your friends and family will hate you because of your terrible Internet shame. And we don't want that, now do we?

## Change Display Options

Show by admin: All ∨ | Type: Any ∨ | Show by month/year: ∨ ∨ Submit

Displaying jerks 1 to 31 of 31

| Type | Date | By | Punishment Reason | Requested By | Approved By |
|------|------|-----|-------------------|--------------|-------------|
| PROBATION | 03/09/22 05:01pm | ErrorInvalidUser (Horrible Jerk) | You were literally probed yesterday for this. User loses | graph | sebmojo |

| | | | | | |
|---|---|---|---|---|---|
| PROBATION | 03/09/22 05:01pm | ErrorInvalidUser | posting privileges for 1 day. | | |
| | | | We don't say that around here. User loses posting privileges for 1 week. | Korean Boomhauer | sebmojo |
| PROBATION | 03/09/22 10:51am | ErrorInvalidUser | You were probated for the same thing yesterday. User loses posting privileges for 18 hours. | graph | graph |
| PROBATION | 03/08/22 10:31pm | ErrorInvalidUser | Find something else to do. User loses posting privileges for 12 hours. | graph | graph |
| PROBATION | 03/08/22 10:48am | ErrorInvalidUser | No slurs in yospos. User loses posting privileges for 6 hours. | jesus WEP | jesus WEP |
| PROBATION | 03/08/22 03:49am | ErrorInvalidUser | Holding probe. User loses posting privileges for 6 hours. | jesus WEP | jesus WEP |
| PROBATION | 01/11/22 10:07pm | ErrorInvalidUser | Talk about a bad word problem! No | Korean Boomhauer | Korean Boomhauer |

4:09 PM

3/15/22, 4:09 PM

3/15/22, 4:09 PM

The Something Awful Forums - Leper's Colony

| | | | ableism please! User loses posting privileges for 12 hours. | | |
|---|---|---|---|---|---|
| PROBATION | 01/10/22 11:12am | ErrorInvalidUser | Ableism. User loses posting privileges for 12 hours. | vyelkin | vyelkin |
| PROBATION | 12/31/21 03:07am | ErrorInvalidUser | More than once? Ouch. User loses posting privileges for 3 days. | Genesplicer | sebmojo |
| PROBATION | 12/31/21 02:33am | ErrorInvalidUser | Massively probated. User loses posting privileges for 1 day. | Genesplicer | Genesplicer |
| PROBATION | 12/20/21 04:19pm | ErrorInvalidUser |  User loses posting privileges for 6 hours. | very nice i like | very nice i like |
| PROBATION | 12/18/21 07:33pm | ErrorInvalidUser | I've got one. Why are you still posting here? 😑. User loses posting privileges for 6 hours. | jay z's sedan | jay z's sedan |
| PROBATION | 12/16/21 07:42pm | ErrorInvalidUser | User loses posting privileges for 6 hours. | jay z's sedan | jay z's sedan |

| | | | | |
|---|---|---|---|---|
| |  User loses posting privileges for 6 hours. | | | |
| PROBATION | 12/10/21 12:51am | ErrorInvalidUser | For so many reasons. User loses posting privileges for 6 hours. | jay z's sedan | jay z's sedan |
| PROBATION | 11/12/21 03:03pm | ErrorInvalidUser | Stop posting. User loses posting privileges for 6 hours. | large hands | large hands |
| PROBATION | 11/07/21 04:55pm | ErrorInvalidUser | No slurs in YOSPOS, thanks. User loses posting privileges for 6 hours. | jesus WEP | jesus WEP |
| PROBATION | 11/06/21 09:40am | ErrorInvalidUser | Disparaging a poster who can't fight back. User loses posting privileges for 6 hours. | Koos Group | Koos Group |
| PROBATION | 11/03/21 06:49pm | ErrorInvalidUser | Don't post in FYAD. User loses posting privileges for 6 hours. | large hands | large hands |

| | | | | | |
|---|---|---|---|---|---|
| PROBATION | 10/31/21 05:01pm | ErrorInvalidUser | Actually that's going to be a no from me dawg. User loses posting privileges for 6 hours. | jay z's sedan | jay z's sedan |
| PROBATION | 10/18/21 05:24am | ErrorInvalidUser | Are you threatening me. User loses posting privileges for 6 hours. | jay z's sedan | jay z's sedan |
| PROBATION | 10/16/21 03:51pm | ErrorInvalidUser | ErrorInvalidUser fucked around with this message at 11:26 AM on Oct 16, 2021. User loses posting privileges for 6 hours. | Jack Daniels | Jack Daniels |
| PROBATION | 10/15/21 04:17pm | ErrorInvalidUser | The face of the LORD is against those who do evil, to cut off the memory of them from the earth. —Psalm 34:16. User loses posting privileges for 6 hours. | Michael Transactio... | Michael Transactio... |
| PROBATION | 10/13/21 09:16pm | ErrorInvalidUser | Turn from evil and do good; seek | Michael Transactio... | Michael Transactio... |

| | | | | | |
|---|---|---|---|---|---|
| | | | peace and pursue it. —Psalm 34:14. User loses posting privileges for 6 hours. | | |
| PROBATION | 10/10/21 11:25pm | ErrorInvalidUser | Ahahaha!!!!! User loses posting privileges for 6 hours. | jay z's sedan | jay z's sedan |
| PROBATION | 10/10/21 05:13pm | ErrorInvalidUser | Fuck you. User loses posting privileges for 6 hours. | Michael Transactio... | Michael Transactio... |
| PROBATION | 10/06/21 06:31am | ErrorInvalidUser | Durrrrrrrrrr. User loses posting privileges for 6 hours. | Jack Daniels | Jack Daniels |
| PROBATION | 10/06/21 12:01am | ErrorInvalidUser | Ok. User loses posting privileges for 6 hours. | jay z's sedan | jay z's sedan |
| PROBATION | 09/27/21 09:09am | ErrorInvalidUser | Rereg guy. User loses posting privileges for 6 hours. | Jack Daniels | Jack Daniels |
| PROBATION | 08/30/21 02:22am | ErrorInvalidUser | I feel like this might be cheese thief crikstering around | jay z's sedan | jay z's sedan |

| | | | | | |
|---|---|---|---|---|---|
| | | | the forum after embarrassing himself terribly yet again. User loses posting privileges for 6 hours. | | |
| PROBATION | 08/27/21 06:23pm | ErrorInvalidUser | We don't use the c-word here. User loses posting privileges for 6 hours. | jay z's sedan | Daikatana Ritsu |
| PROBATION | 08/25/21 09:40pm | ErrorInvalidUser | XD. User loses posting privileges for 6 hours. | jay z's sedan | Daikatana Ritsu |

Displaying jerks 1 to 31 of 31

SA Forums - Something Awful - Search the Forums - Configure SALR - User Control Panel - Private Messages - Edit Options - Forum Rules - SAclopedia - Posting Gloryhole - Leper's Colony - Support - Log Out

Powered by: vBulletin Version 2.2.9 (SAVB-v2.2.72)
Copyright ©2000, 2001, Jelsoft Enterprises Limited.
Copyright ©2022, Jeffrey of YOSPOS

https://forums.somethingawful.com/banlist.php?userid=2283308

7/7

3/15/22, 4:08 PM

The Something Awful Forums - Leper's Colony

Purchase: Account - Platinum Upgrade - New Avatar - Archives - No-Ads - New Username - | - Banner Advertisement -
Smilie - Stick Thread - Gift Cert. - Donations!

SA Forums - Something Awful - Search the Forums - Configure SALR - User Control Panel - Private Messages - Edit Options - Forum Rules -
SAclopedia - Posting Gloryhole - Leper's Colony - Support - Log Out

## Leper's Colony



The following is a list of banned users and the reason they were banned. Click on the ban type in the "Type" column to view the post the user was banned for.

For God's sake, don't end up on the list! Read the forum rules every four minutes and don't do anything stupid or else you might end up on this list and your friends and family will hate you because of your terrible Internet shame. And we don't want that, now do we?

### Change Display Options

Show by admin: [All ∨] | Type: [Any ∨] | Show by month/year: [ ∨] [ ∨] [Submit]

Displaying jerks 1 to 6 of 6

| Type | Date | | Punishment Reason | Requested By | Approved By |
|---|---|---|---|---|---|
| BAN | 03/09/22 06:53pm | Horrible Jerk<br>Beyond ReTarTed. | Evading probation. | graph | sebmojo |
| PROBATION | 03/09/22 05:39pm | Beyond ReTarTed. | Holding probe. User loses posting privileges for 1 day. | graph | graph |
| BAN | 01/12/22 05:04am | Beyond ReTarTed. | Probation evasion. | Korean Boomhauer | sebmojo |

3/15/22, 4:08 PM

https://forums.somethingawful.com/banlist.php?userid=228991

The Something Awful Forums - Leper's Colony

| PROBATION | 01/11/22 10:13pm | Beyond ReTarTed. | Probation evasion. User loses posting privileges for 12 hours. | Korean Boomhauer | Korean Boomhauer |
|---|---|---|---|---|---|
| BAN | 01/01/22 05:33pm | Beyond ReTarTed. | Probation evasion. | Azathoth | Fluffdaddy |
| PROBATION | 12/18/21 07:50pm | Beyond ReTarTed. | Post on your main. User loses posting privileges for 6 hours. | large hands | large hands |

Displaying jerks 1 to 6 of 6

SA Forums - Something Awful - Search the Forums - Configure SALR - User Control Panel - Private Messages - Edit Options - Forum Rules - SAclopedia - Posting Gloryhole - Leper's Colony - Support - Log Out

Powered by: vBulletin Version 2.2.9 (SAMB v2.2.72)
Copyright ©2000, 2001, Jelsoft Enterprises Limited.
Copyright ©2022, Jeffrey of YOSPOS

3/15/22, 4:06 PM

The Something Awful Forums - Leper's Colony

SA Forums · Something Awful · Search the Forums · Configure SALR · User Control Panel · Private Messages · Edit Options · Forum Rules ·
SAclopedia · Posting Gloryhole · Leper's Colony · Support · Log Out

**Leper's Colony**



The following is a list of banned users and the reason they were banned. Click on the ban type in the "Type" column to view the post the user was banned for.

For God's sake, don't end up on the list! Read the forum rules every four minutes and don't do anything stupid or else you might end up on this list and your friends and family will hate you because of your terrible Internet shame. And we don't want that, now do we?

**Change Display Options**

Show by admin:   All   ∨   | Type:  Any  ∨   | Show by month/year:  ∨   ∨   [ Submit ]

Displaying jerks 1 to 6 of 6

| Type | Date | | Punishment Reason | Requested By | Approved By |
|------|------|--|-------------------|--------------|-------------|
| PROBATION | 03/15/22 09:05am | j o y c e | Horrible Jerk | Spent $30 to reregister to post shit like this. User loses posting | graph | Pragmatica |

| | | | privileges for 1 week. | | |
|---|---|---|---|---|---|
| PROBATION | 03/15/22 01:44am | j o y c e | Wow. Really makes you think... User loses posting privileges for 1 day. | graph | graph |
| PROBATION | 03/14/22 10:54am | j o y c e | Please don't use that word outside the Glenn thread. User loses posting privileges for 6 hours. | Azathoth | Azathoth |
| PROBATION | 03/10/22 12:14am | j o y c e | EPIC REREGFTGWW!!!!!!... User loses posting privileges for 6 hours. | jay z's sedan | jay z's sedan |
| BAN | 03/09/22 06:53pm | j o y c e | Evading probation. | graph | sebmojo |
| PROBATION | 03/08/22 11:07pm | j o y c e | Thanks. User loses posting privileges for 1 day. | graph | graph |

Displaying jerks 1 to 6 of 6