

**FILED**
APR 0̶6̶ 07 2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

SM

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Matthew Crawford
(full name of plaintiff or petitioner)

vs.

Something Awful. Com
(full name of defendant(s) or respondent(s))

APPLICATION TO PROCEED
WITHOUT PREPAYING FEES OR
COSTS / FINANCIAL AFFIDAVIT
(<u>NON-PRISONER CASE</u>)

1:22-cv-01808
Judge Marvin E. Aspen
Magistrate Judge Sheila M. Finnegan
RANDOM

<u>Instructions</u>: Please answer every
If the answer is "0" or "none," say so.

<u>Application</u>: I am one of the parties in this case. I believe that I am entitled to the relief I am requesting in this case. I am providing the following information under penalty of perjury in support of my request (check all that apply):

[4] to proceed *in forma pauperis* (IFP) (without prepaying fees or costs)
[ ] to request an attorney

1. <u>Are you employed?</u>
   [ ] Yes  Name and address of employer: _____
           Total amount of monthly take-home pay: _____
   [4] No  Date(s) of last employment: 05/01/15  Last monthly take-home pay: $2,000

2. <u>If married, is your spouse employed?</u> [4] Not married
   [ ] Yes  Name and address of spouse's employer: _____
           Total amount of spouse's monthly take-home pay: _____
   [ ] No  Date(s) of spouse's last employment: _____  Spouse's last monthly take-home pay: _____

3. <u>Other sources of income / money</u>: For the past 12 months, list the amount of money that you and/or your spouse have received from any of the following sources:

   (list the 12-month total for each)

   | Source | Amount |
   |---|---|
   | Self-employment, business, or profession: | $ |
   | Income from interest or dividends: | $ |
   | Income from rent payments: | $ |
   | Pensions, annuities, or life insurance: | $ |
   | Disability or worker's compensation: | $ 12,288.00 |
   | Gifts (including deposits into any accounts in your name): | $ |
   | Unemployment, public assistance, or welfare: | $ |
   | Settlements or judgments (include any that are expected): | $ |
   | **Any other source of money:** | $ |

4. *Cash and bank accounts:* Do you and/or your spouse have any money in cash or in a checking or savings account? [4] Yes [ ] No  If yes, how much? Unknown

5. *Other assets:* Do you and/or your spouse own or have an interest in any real estate (including your home), stocks, bonds, other securities, retirement plans, automobiles, jewelry, or other valuable property (not including ordinary household furnishings and clothing)? [ ] Yes [4] No

   If yes, list each item of property and state its approximate value:

6. *Dependents:* Is anyone dependent on you and/or your spouse for support? [ ] Yes [4] No

   If yes, please list their names (for minor children, use only initials); relationship to you; and how much you and/or your spouse contribute toward their support each month:

7. *Debts and financial obligations:* List any amounts you owe to others:
   None

8. *Provide any other information that will help explain why you cannot afford to pay court fees / hire an attorney:*

**Declaration:** I declare under penalty of perjury that all of the information listed above is true and correct. I understand that a false statement may result in dismissal of my claims or other sanctions.

Date: 03/21/22

*Applicant's signature*
Matthew Crawford
*Printed name*