ILND 450 (Rev. 04/29/2016)  Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Matthew Crawford,

Plaintiff(s),

v.

SomethingAwful.com,

Defendant(s).

Case No. 22 cv 1808
Judge Sharon Johnson Coleman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $            ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: After screening pro se plaintiff Matthew Crawford's complaint under 28 U.S.C. § 1915(e)(2), the Court dismisses this lawsuit for lack of subject matter jurisdiction.

This action was *(check one)*:

☐ tried by a jury with Judge         presiding, and the jury has rendered a verdict.
☐ tried by Judge        without a jury and the above decision was reached.
☒ decided by Judge Coleman.

Date: 4/12/2022                                      Thomas G. Bruton, Clerk of Court

                                                     Yvette Montanez, Deputy Clerk